# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

## Case Nos. 24-2788 and 24-3057

**PG PUBLISHING CO., INC.,**

*Petitioner/Cross-Respondent,*

v.

**NATIONAL LABOR RELATIONS BOARD,**

*Respondent/Cross-Petitioner,*

and

**NEWSPAPER GUILD OF PITTSBURGH/CWA LOCAL 38061,**

*Intervenor.*

## UNOPPOSED MOTION OF PETITIONER/CROSS-RESPONDENT FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Brian M. Hentosz, Bar No. 317176
bhentosz@littler.com
Morgan S. Dull, Bar No. 322712
bhentosz@littler.com
LITTLER MENDELSON, P.C.
1 PPG Pl., Suite 2400
Pittsburgh, PA  15222
Telephone:  412.201.7676
Facsimile:   412.291.1241

*Attorneys for Petitioner/Cross-Respondent,* PG Publishing Co., Inc.

Petitioner/Cross-Respondent, PG Publishing Co., Inc., ("Post-Gazette" or the "Company") hereby moves for a fourteen (14) day extension of its deadline to file its reply brief to the briefs of the National Labor Relations Board's ("NLRB" or the "Board") and Newspaper Guild of Pittsburgh/CWA Local 38061 ("Intervenor"). In support of this motion, the Post-Gazette asserts as follows:

Briefing Deadline

1. The Post-Gazette filed its opening brief on January 13, 2025.

2. The NLRB's requested and received an extension of time to file its brief, originally due on February 23, 2025, until March 17, 2025.

3. The NLRB ultimately filed its brief on March 14, 2025.

4. The Post-Gazette's reply brief is currently due on April 4, 2025.

5. Brian Hentosz and Morgan Dull, both attorneys for Respondent in this case, have unusually full trial and litigation schedules requiring significant travel over the course of the next several weeks.

6. In light of the usually full trial and litigation schedules, the Post-Gazette requests a fourteen (14) day extension of its deadline to file its reply brief until April 18, 2025.

7. The brief extension will not prejudice the parties.

8. Counsel for the Post-Gazette communicated with counsel for the NLRB and the Intervenor of its intent to file this motion. The NLRB and Intervenor do not oppose the request for extension.

For the foregoing reasons, the Post-Gazette requests the Court grant a 14-day extension for the filing of the Post-Gazette's reply brief, to and including April 18, 2025.

Respectfully submitted,

*s/ Brian M. Hentosz*
Brian M. Hentosz, Bar No. 317176
bhentosz@littler.com
Morgan S. Dull, Bar No. 322712
bhentosz@littler.com
LITTLER MENDELSON, P.C.
1 PPG Pl., Suite 2400
Pittsburgh, PA  15222
Telephone:  412.201.7676
Facsimile:  412.291.1241

Date: March 18, 2025

*Attorneys for Petitioner/Cross-Respondent,* PG Publishing Co., Inc.

# CERTIFICATE OF BAR MEMBERSHIP, COMPLIANCE WITH TYPE-VOLUME LIMITATION AND TYPEFACE REQUIREMENTS, AND VIRUS CHECK

    I, Brian M. Hentosz, counsel for PG Publishing Co., Inc., certify, pursuant to Local Appellate Rule 28.3(d) that I am a member in good standing of the Bar of the Court of Appeals for the Third Circuit.  I further certify pursuant to Fed. R. App. P. 32(g) that this document complies with the word limit of Fed. R. App. P. 27(d)(2) because the foregoing document contains 246 words (not counting portions excluded from the word count by Rule 32(f)), and this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the document is proportionately spaced and has a typeface of 14-point Times New Roman.  I further certify that the text of the document is identical to the text of the paper copies.  I further certify, pursuant to Local Appellate Rule 31.1(c), that Windows Defender has been run on this Motion before filing and that no virus was detected.

Date: March 18, 2025

*s/ Brian M. Hentosz*
Brian M. Hentosz

# **CERTIFICATE OF SERVICE**

I, Brian M. Hentosz, counsel for Petitioner/Cross-Respondent PG Publishing Co., Inc. certify that on March 18, 2025, I filed the foregoing Motion for Extension of Time to File Reply Brief via the Court's CM/ECF system, causing a Notice of Docket Activity and a copy of the filing to be served upon the following counsel of record who are registered CM/ECF users:

Ruth E. Burdick
David A. Seid
Milakshmi V. Rajapakse
Meredith Jason
National Labor Relations Board
1015 Half Street, SE
Washington, DC 20570
ruth.burdick@nlrb.gov
david.seid@nlrb.gov
milakshmi.rajapakse@nlrb.gov
meredith.jason@nlrb.gov

Joseph J. Pass
Patrick K. Lemon
219 Fort Pitt Boulevard
Pittsburgh, PA 15222
jjp@jpilaw.com
pkl@jpilaw.com

Pursuant to Local R. App. P. 27.2 no paper copies of this motion will be filed or served unless directed by the Clerk.

Date: March 18, 2025

*s/ Brian M. Hentosz*
Brian M. Hentosz

4931-7239-0187.1 / 105601.1009