# IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT
Case No. 24-2788 and 24-3057

PG PUBLISHING CO., INC. d/b/a
PITTSBURGH POST-GAZETTE,

        Petitioner/Cross-Respondent,

  v.

NATIONAL LABOR RELATIONS
BOARD,

        Respondent/Cross-Petitioner,

  and

NEWSPAPER GUILD OF
PITTSBURGH/CWA LOCAL 38061,

        Intervenor.

## MOTION TO AMEND INTERVENOR'S RESPONSE [ECF No. 61] TO PG PUBLISHING COMPANY'S MOTION FOR CLARIFICATION ORDER GRANTING INJUNCTIVE RELIEF IN PART

On March 24, 2025, this Honorable Court issued an Order at the National Labor Relations Board (NLRB) requests for Injunctive Relief [ECF No. 57] The Order provided that

> (c) "on request by the union, rescind the changes in the terms and conditions of employment related to health insurance for its unit employees that were unilaterally implemented on about July 27, 2020."

1

> (d) "before implementing any changes in wages, hour, or other terms and conditions of employment of unit employees, notify and, on request, bargain with the union of the exclusive collective bargaining representative employees in the bargaining unit."

By letter dated March 26, 2025, the union requested Pittsburgh Publishing Company hereinafter Post-Gazette to rescind the unilaterally implemented healthcare and restore the healthcare which existed prior to July 27, 2020. (Exhibit 1 attached hereto) On April 27, 2025, the Post-Gazette filed a Motion for Clarification of Order Granting Injunctive Relief in Part. Restore the healthcare that was in effect prior to July 27, 2020. [ECF. No. 59] at 24-2788. The only issue raised by PG Publishing in that filing was its argument that it was not obligated to restore the healthcare that was in effect prior to July 27, 2020.

On April 4, 2025, the Intervenor News Guild of Pittsburgh filed a response in opposition to the PG Publishing Company Motion for Clarification averring that the Court's Order was clear and unambiguous and that the employer was obligated to reinstate the former healthcare unilaterally eliminated in violation of the National Labor Relations Act. [ECF No. 61] at 24-2788.

On April 7, 2025, the Post-Gazette filed its Reply to the union's response setting forth additional reasons why it could not comply. Specifically, the PG averred:

> In addition to being wrong on the content of this Court's Order the Board asserts that there is "no

evidence that reinstituting the [Fund] would be an impossibility. [ECF No. 58 at p.3] As set forth by the undersigned at oral argument, that is far from a certainty. While the Guild represented employees were removed from coverage through the Fund in 2020 additional Post-Gazette employees remained in the Fund until September 30, 2022, when the Fund kicked out the employees and refused to offer coverage to any of the company's employees.[1] Currently, no Post-Gazette employees receive coverage through the Fund. Nor is the Post-Gazette a contributing employee to the Fund." That "there is no evidence that the Fund would offer coverage under the terms that existed eight (8) years ago." [ECF No. 63]

As a result, the union took the initiative to contact the Employment Partners Benefit Fund and inquired if the Post-Gazette had contacted the Fund to determine if the health insurance in the expired agreement could be reinstated. Mr. William Parry, the Fund's executive director, advised that at no time has the Post-Gazette contacted the Fund regarding any issue dealing with the Guild or the reinstituting of the previous healthcare program that was in effect prior to July 27, 2020. Mr. Parry confirmed that the Fund would take back the News Guild and was able to reinstitute the previous healthcare program. He requested the Fund would need an employee census in order to establish a premium. The union obtained the employee census and provided the same to the Fund. By email dated April 24, 2025, attached hereto Mr. Parry confirmed that the Guild could receive coverage, and the Fund would provide

---

[1] The Post-Gazette was kicked out because they refused to pay the premiums needed to maintain the benefits

a formal notice indicating the same. (Exhibit 2 attached hereto) By letter April 25, 2025, the law firm representing the Employment Partners Benefit Fund advised that the Fund would take back the Guild into the Fund and would provide a health insurance plan identical to that which existed prior to July 27, 2020. (Exhibit 3 attached hereto)

By email and letters dated April 24, 2025, the undersigned advised both Mr. Lowe, the employer's chief negotiator, and Mr. Hentosz, the attorney of record for the PG Publishing Company, that Employment Partners Benefit Fund would provide the health insurance at the same benefit level that existed prior to July 27, 2020.

Inasmuch as the Reply filed by the Post-Gazette on April 7, 2025, [ECF No. 58] raised a new basis for refusing to comply with this Court's Order, the Intervenor, News Guild of Pittsburgh respectfully requests that it be permitted to amend its original answer in order to address the new matter raised by the PG Publishing Company in its filing of April 7, 2025.

Respectfully submitted,

*/s/Joseph J. Pass*
Joseph J. Pass
Jubelirer, Pass & Intrieri, P.C.
219 Fort Pitt Boulevard
Pittsburgh, PA 15222
(412)281-3850
jjp@jpilaw.com
*Attorney for Intervenor*

Date: April 27, 2025



**JUBELIRER, PASS & INTRIERI, P.C.**
*Attorneys at Law*

Joseph J. Pass
Edward H. Walter
James A. Welker
Joseph Santino Pass*
Steven E. Winslow
Patrick K. Lemon
J. Skye McCollum
Calder Buisch**

\* also admitted in Ohio
\*\* also admitted in Wisconsin

*of counsel*
Joseph M. Burns***
\*\*\* licensed in Illinois

Ben Paul Jubelirer (1904–1983)
Frank P. G. Intrieri (1942–1976)

jjp@jpilaw.com

March 26, 2025

VIA EMAIL & USPS
rlowe@kingballow.com

Richard Lowe
King & Ballow
26 Century Blvd, Suite NT 700
Nashville, Tennessee 37214

Re: Pittsburgh Post-Gazette 10(e) Injunction

Dear Richard:

Pursuant to the Third Circuit's Order dated March 24, 2025, the News Guild formally requests that the Post-Gazette rescind the changes in the terms and conditions of employment related to health insurance for the News Guild's bargaining unit that were unilaterally implemented on or about July 27, 2020, and restore the healthcare provisions set forth in the 2014-2017 contract as interpreted by Arbitrator Nadelbach in his 2019 decision and affirmed by the Third Circuit. *PG Publ'g Inc. v. Newspaper Guild of Pittsburgh*, 19 F.4th 308 (3d Cir. 2021). The Union requests that the applicable terms of the 2014-2017 contract be restored no later than April 1, 2025.

Although you have refused to utilize the services of the FMCS previously, the Union strongly suggests reconsidering. In light of the difficulties we have experienced in reaching a new agreement, employing the assistance of a professional mediator, provided without cost by the FMCS, would be very beneficial.

Please advise if you are agreeable to using FMCS, in which event we will contact them for available dates so that we can move forward in reaching an agreement between the parties.

We look forward to productive negotiations where the Post-Gazette complies with the Third Circuit's Order and bargains in good faith with the Union. We believe it would be very beneficial in facilitating bargaining if, prior to our next meeting, you could kindly share with us



**EXHIBIT**

1



Case: 24-3057    Document: 62    Page: 5    Date Filed: 04/28/2025

Case: 24-3057    Document: 62    Page: 6    Date Filed: 04/28/2025



**JUBELIRER, PASS & INTRIERI, P.C.**
*Attorneys at Law*

Joseph J. Pass
Edward H. Walter
James A. Welker
Joseph Santino Pass*
Steven E. Winslow
Patrick K. Lemon
J. Skye McCollum
Calder Buisch**

* also admitted in Ohio
** also admitted in Wisconsin

*of counsel*
Joseph M. Burns***
*** licensed in Illinois

Ben Paul Jubelirer (1904–1983)
Frank P. G. Intrieri (1942–1976)

jjp@jpilaw.com

March 26, 2025

**VIA EMAIL & USPS**
rlowe@kingballow.com

Richard Lowe
King & Ballow
26 Century Blvd, Suite NT 700
Nashville, Tennessee 37214

Re: Pittsburgh Post-Gazette 10(e) Injunction

Dear Richard:

Pursuant to the Third Circuit's Order dated March 24, 2025, the News Guild formally requests that the Post-Gazette rescind the changes in the terms and conditions of employment related to health insurance for the News Guild's bargaining unit that were unilaterally implemented on or about July 27, 2020, and restore the healthcare provisions set forth in the 2014-2017 contract as interpreted by Arbitrator Nadelbach in his 2019 decision and affirmed by the Third Circuit. *PG Publ'g Inc. v. Newspaper Guild of Pittsburgh*, 19 F.4th 308 (3d Cir. 2021). The Union requests that the applicable terms of the 2014-2017 contract be restored no later than April 1, 2025.

Although you have refused to utilize the services of the FMCS previously, the Union strongly suggests reconsidering. In light of the difficulties we have experienced in reaching a new agreement, employing the assistance of a professional mediator, provided without cost by the FMCS, would be very beneficial.

Please advise if you are agreeable to using FMCS, in which event we will contact them for available dates so that we can move forward in reaching an agreement between the parties.

We look forward to productive negotiations where the Post-Gazette complies with the Third Circuit's Order and bargains in good faith with the Union. We believe it would be very beneficial in facilitating bargaining if, prior to our next meeting, you could kindly share with us





**Jubelirer, Pass & Intrieri, P.C.**
*Attorneys at Law*

Joseph J. Pass
Edward H. Walter
James A. Welker
Joseph Santino Pass*
Steven E. Winslow
Patrick K. Lemon
J. Skye McCollum
Calder Buisch**

\* also admitted in Ohio
\*\* also admitted in Wisconsin

*of counsel*
Joseph M. Burns***
\*\*\* licensed in Illinois

Ben Paul Jubelirer (1904–1983)
Frank P. G. Intrieri (1942–1976)

jjp@jpilaw.com

March 26, 2025

VIA EMAIL & USPS
rlowe@kingballow.com

Richard Lowe
King & Ballow
26 Century Blvd, Suite NT 700
Nashville, Tennessee 37214

Re: Pittsburgh Post-Gazette 10(e) Injunction

Dear Richard:

Pursuant to the Third Circuit's Order dated March 24, 2025, the News Guild formally requests that the Post-Gazette rescind the changes in the terms and conditions of employment related to health insurance for the News Guild's bargaining unit that were unilaterally implemented on or about July 27, 2020, and restore the healthcare provisions set forth in the 2014-2017 contract as interpreted by Arbitrator Nadelbach in his 2019 decision and affirmed by the Third Circuit. *PG Publ'g Inc. v. Newspaper Guild of Pittsburgh*, 19 F.4th 308 (3d Cir. 2021). The Union requests that the applicable terms of the 2014-2017 contract be restored no later than April 1, 2025.

Although you have refused to utilize the services of the FMCS previously, the Union strongly suggests reconsidering. In light of the difficulties we have experienced in reaching a new agreement, employing the assistance of a professional mediator, provided without cost by the FMCS, would be very beneficial.

Please advise if you are agreeable to using FMCS, in which event we will contact them for available dates so that we can move forward in reaching an agreement between the parties.

We look forward to productive negotiations where the Post-Gazette complies with the Third Circuit's Order and bargains in good faith with the Union. We believe it would be very beneficial in facilitating bargaining if, prior to our next meeting, you could kindly share with us





**JUBELIRER, PASS & INTRIERI, P.C.**
*Attorneys at Law*

Joseph J. Pass
Edward H. Walter
James A. Welker
Joseph Santino Pass*
Steven E. Winslow
Patrick K. Lemon
J. Skye McCollum
Calder Buisch**

Ben Paul Jubelirer (1904–1983)
Frank P. G. Intrieri (1942–1976)

\* also admitted in Ohio
\*\* also admitted in Wisconsin

jjp@jpilaw.com

March 26, 2025

*of counsel*
Joseph M. Burns***
\*\*\* licensed in Illinois

VIA EMAIL & USPS
rlowe@kingballow.com

Richard Lowe
King & Ballow
26 Century Blvd, Suite NT 700
Nashville, Tennessee 37214

Re: Pittsburgh Post-Gazette 10(e) Injunction

Dear Richard:

Pursuant to the Third Circuit's Order dated March 24, 2025, the News Guild formally requests that the Post-Gazette rescind the changes in the terms and conditions of employment related to health insurance for the News Guild's bargaining unit that were unilaterally implemented on or about July 27, 2020, and restore the healthcare provisions set forth in the 2014-2017 contract as interpreted by Arbitrator Nadelbach in his 2019 decision and affirmed by the Third Circuit. *PG Publ'g Inc. v. Newspaper Guild of Pittsburgh*, 19 F.4th 308 (3d Cir. 2021). The Union requests that the applicable terms of the 2014-2017 contract be restored no later than April 1, 2025.

Although you have refused to utilize the services of the FMCS previously, the Union strongly suggests reconsidering. In light of the difficulties we have experienced in reaching a new agreement, employing the assistance of a professional mediator, provided without cost by the FMCS, would be very beneficial.

Please advise if you are agreeable to using FMCS, in which event we will contact them for available dates so that we can move forward in reaching an agreement between the parties.

We look forward to productive negotiations where the Post-Gazette complies with the Third Circuit's Order and bargains in good faith with the Union. We believe it would be very beneficial in facilitating bargaining if, prior to our next meeting, you could kindly share with us



| | |
|---|---|
| **From:** | William Parry Jr <wparry@epbfund.com> |
| **Sent:** | Thursday, April 24, 2025 4:24 PM |
| **To:** | Joseph J Pass |
| **Cc:** | Zack Tanner; Levi Logan |
| **Subject:** | RE: Scanned from a Xerox Multifunction Printer |

Joe,

Thank you for the information. I will get this over to our actuary for rates. It may take a few days to come up with the rates but will get those to you as soon as possible. We are working on a letter to you that will confirm that the Fund will accept the Post-Gazette as a contributing employer and provide health insurance coverage to the Guild. This will of course be dependent on the Post-Gazette willingness to participate in the Fund under the terms and conditions of every other contributing employer in the Fund.

Talk soon.

Bill

-----Original Message-----
From: Joseph J Pass <jjp@jpilaw.com>
Sent: Thursday, April 24, 2025 2:43 PM
To: William Parry Jr <wparry@epbfund.com>
Cc: Zack Tanner <zacktanner.7@gmail.com>
Subject: FW: Scanned from a Xerox Multifunction Printer



Bill, Attached is the list of Post- Gazette employees that will potentially be covered by the health ins program that was previously cancelled. I would appreciate it if you could forward to me what the cost will be. I will then forward it to the employer and to the Court in the event the court

Date Filed: 04/28/2025   Page: 9   Document: 62   Case: 24-3057

needs the information. If you need any additional information please let me know. Note that while we are also providing the employees current health care selections i.e. family, individual etc. I suspect once your program is implemented those election may change.


-----Original Message-----
From: Administrator <Administrator@jpilaw.com>
Sent: Thursday, April 24, 2025 2:07 PM
To: Joseph J Pass <jjp@jpilaw.com>
Subject: Scanned from a Xerox Multifunction Printer


Please open the attached document. It was sent to you from the law office of Jubelirer, Pass & Intrieri, P.C.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location:
Multifunction Printer Name: Xerox AltaLink C8145 (A8:FF:94)


For more information on Xerox products and solutions, please visit http://www.xerox.com

| | |
|---|---|
| **From:** | William Parry Jr <wparry@epbfund.com> |
| **Sent:** | Thursday, April 24, 2025 4:24 PM |
| **To:** | Joseph J Pass |
| **Cc:** | Zack Tanner; Levi Logan |
| **Subject:** | RE: Scanned from a Xerox Multifunction Printer |

Joe,

Thank you for the information. I will get this over to our actuary for rates. It may take a few days to come up with the rates but will get those to you as soon as possible. We are working on a letter to you that will confirm that the Fund will accept the Post-Gazette as a contributing employer and provide health insurance coverage to the Guild. This will of course be dependent on the Post-Gazette willingness to participate in the Fund under the terms and conditions of every other contributing employer in the Fund.

Talk soon.

Bill

-----Original Message-----
From: Joseph J Pass <jjp@jpilaw.com>
Sent: Thursday, April 24, 2025 2:43 PM
To: William Parry Jr <wparry@epbfund.com>
Cc: Zack Tanner <zacktanner.7@gmail.com>
Subject: FW: Scanned from a Xerox Multifunction Printer

Bill, Attached is the list of Post- Gazette employees that will potentially be covered by the health ins program that was previously cancelled. I would appreciate it if you could forward to me what the cost will be. I will then forward it to the employer and to the Court in the event the court

Case: 24-3057    Document: 62    Page: 11    Date Filed: 04/28/2025

1

needs the information. If you need any additional information please let me know. Note that while we are also providing the employees current health care selections i.e. family, individual etc. I suspect once your program is implemented those election may change.


-----Original Message-----
From: Administrator <Administrator@jpilaw.com>
Sent: Thursday, April 24, 2025 2:07 PM
To: Joseph J Pass <jjp@jpilaw.com>
Subject: Scanned from a Xerox Multifunction Printer


Please open the attached document. It was sent to you from the law office of Jubelirer, Pass & Intrieri, P.C.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location:
Multifunction Printer Name: Xerox AltaLink C8145 (A8:FF:94)


For more information on Xerox products and solutions, please visit http://www.xerox.com

| | |
|---|---|
| **From:** | William Parry Jr <wparry@epbfund.com> |
| **Sent:** | Thursday, April 24, 2025 4:24 PM |
| **To:** | Joseph J Pass |
| **Cc:** | Zack Tanner; Levi Logan |
| **Subject:** | RE: Scanned from a Xerox Multifunction Printer |

Joe,

Thank you for the information. I will get this over to our actuary for rates. It may take a few days to come up with the rates but will get those to you as soon as possible. We are working on a letter to you that will confirm that the Fund will accept the Post-Gazette as a contributing employer and provide health insurance coverage to the Guild. This will of course be dependent on the Post-Gazette willingness to participate in the Fund under the terms and conditions of every other contributing employer in the Fund.

Talk soon.

Bill

-----Original Message-----
From: Joseph J Pass <jjp@jpilaw.com>
Sent: Thursday, April 24, 2025 2:43 PM
To: William Parry Jr <wparry@epbfund.com>
Cc: Zack Tanner <zacktanner.7@gmail.com>
Subject: FW: Scanned from a Xerox Multifunction Printer

Bill, Attached is the list of Post- Gazette employees that will potentially be covered by the health ins program that was previously cancelled. I would appreciate it if you could forward to me what the cost will be. I will then forward it to the employer and to the Court in the event the court

Date Filed: 04/28/2025   Page: 13   Document: 62   Case: 24-3057

needs the information. If you need any additional information please let me know. Note that while we are also providing the employees current health care selections i.e. family, individual etc. I suspect once your program is implemented those election may change.


-----Original Message-----
From: Administrator <Administrator@jpilaw.com>
Sent: Thursday, April 24, 2025 2:07 PM
To: Joseph J Pass <jjp@jpilaw.com>
Subject: Scanned from a Xerox Multifunction Printer


Please open the attached document. It was sent to you from the law office of Jubelirer, Pass & Intrieri, P.C.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location:
Multifunction Printer Name: Xerox AltaLink C8145 (A8:FF:94)


For more information on Xerox products and solutions, please visit http://www.xerox.com

| | |
|---|---|
| **From:** | William Parry Jr <wparry@epbfund.com> |
| **Sent:** | Thursday, April 24, 2025 4:24 PM |
| **To:** | Joseph J Pass |
| **Cc:** | Zack Tanner; Levi Logan |
| **Subject:** | RE: Scanned from a Xerox Multifunction Printer |

Date Filed: 04/28/2025     Page: 15     Document: 62     Case: 24-3057

Joe,

Thank you for the information.  I will get this over to our actuary for rates.   It may take a few days to come up with the rates but will get those to you as soon as possible.   We are working on a letter to you that will confirm that the Fund will accept the Post-Gazette as a contributing employer and provide health insurance coverage to the Guild.  This will of course be dependent on the Post-Gazette willingness to participate in the Fund under the terms and conditions of every other contributing employer in the Fund.

Talk soon.

Bill

-----Original Message-----
From: Joseph J Pass <jjp@jpilaw.com>
Sent: Thursday, April 24, 2025 2:43 PM
To: William Parry Jr <wparry@epbfund.com>
Cc: Zack Tanner <zacktanner.7@gmail.com>
Subject: FW: Scanned from a Xerox Multifunction Printer

Bill, Attached is the list of Post- Gazette  employees that will potentially be covered by the health ins program that was previously cancelled. I would appreciate it if you could forward to me what the cost will be. I will then forward it to the employer and to the Court in the event the court

needs the information. If you need any additional information please let me know. Note that while we are also providing the employees current health care selections i.e. family, individual etc. I suspect once your program is implemented those election may change.


-----Original Message-----
From: Administrator <Administrator@jpilaw.com>
Sent: Thursday, April 24, 2025 2:07 PM
To: Joseph J Pass <jjp@jpilaw.com>
Subject: Scanned from a Xerox Multifunction Printer


Please open the attached document. It was sent to you from the law office of Jubelirer, Pass & Intrieri, P.C.

Attachment File Type: pdf, Multi-Page

Multifunction Printer Location:
Multifunction Printer Name: Xerox AltaLink C8145 (A8:FF:94)


For more information on Xerox products and solutions, please visit http://www.xerox.com



**LOGAN, METTLEY & NEWCOMER, PLC**

Levi K. Logan
5 Hot Metal Street, Suite 203
Pittsburgh, PA 15203
lkl@lmnlawgroup.com
(412) 417-5506

April 24, 2025

Joseph J. Pass
Jubelirer, Pass & Intrieri, P.C.
219 Fort Pitt Boulevard, 1st Floor
Pittsburgh, PA 15222-1576
Via email to: jjp@jpilaw.com

RE:    Employment Partners Benefits Fund (the "Fund") – Newspaper Guild of Pittsburgh/CWA
Local 38061 (the "Union")

Dear Attorney Pass:

I wanted to confirm that the letter you sent to the Post-Gazette's attorneys is for the most part accurate. I can confirm that the Fund would accept the Union members and provide health insurance coverage for those members. Our understanding is that the Court Order addressing the Post-Gazette's provision of insurance coverage for the Union's members requires coverage to be provided at the same level as what was in place in 2017. When these members left the Fund, the Post-Gazette was the only employer in the plan provided by the Fund at that time. Consequently, the Fund terminated that specific plan. However, the Fund will create the same plan for these incoming Union members as was in place when they left the Fund. This plan will provide coverage which will be the same as what was in place in 2017.

The Post-Gazette will be obligated to pay the current rates for coverage set by the Fund's Trustees, just as any other contributing employer would. If the Post-Gazette refuses to pay current rates, as they have tried to avoid in the past, the Fund will not provide coverage to the Post-Gazette's Union employees. The Post-Gazette will need to enter into an agreement with the fund, just as all other contributing employers are required to, obligating the Post-Gazette to submit contributions to the Fund at the rates set by the Trustees for the level of coverage provided to the Post-Gazette's Union employees.

If you have any questions, please feel free to contact me directly.

Sincerely,

*Levi K. Logan*

Levi K. Logan

cc:    William Parry, Jr. (via email)



EXHIBIT
3



Levi K. Logan
5 Hot Metal Street, Suite 203
Pittsburgh, PA 15203
lkl@lmnlawgroup.com
(412) 417-5506


Case: 24-3057    Document: 62    Page: 18    Date Filed: 04/28/2025

April 24, 2025

Joseph J. Pass
Jubelirer, Pass & Intrieri, P.C.
219 Fort Pitt Boulevard, 1ˢᵗ Floor
Pittsburgh, PA 15222-1576
Via email to: jjp@jpilaw.com

RE:    Employment Partners Benefits Fund (the "Fund") – Newspaper Guild of Pittsburgh/CWA
       Local 38061 (the "Union")

Dear Attorney Pass:

I wanted to confirm that the letter you sent to the Post-Gazette's attorneys is for the most part accurate. I can confirm that the Fund would accept the Union members and provide health insurance coverage for those members. Our understanding is that the Court Order addressing the Post-Gazette's provision of insurance coverage for the Union's members requires coverage to be provided at the same level as what was in place in 2017. When these members left the Fund, the Post-Gazette was the only employer in the plan provided by the Fund at that time. Consequently, the Fund terminated that specific plan. However, the Fund will create the same plan for these incoming Union members as was in place when they left the Fund. This plan will provide coverage which will be the same as what was in place in 2017.

The Post-Gazette will be obligated to pay the current rates for coverage set by the Fund's Trustees, just as any other contributing employer would. If the Post-Gazette refuses to pay current rates, as they have tried to avoid in the past, the Fund will not provide coverage to the Post-Gazette's Union employees. The Post-Gazette will need to enter into an agreement with the fund, just as all other contributing employers are required to, obligating the Post-Gazette to submit contributions to the Fund at the rates set by the Trustees for the level of coverage provided to the Post-Gazette's Union employees.

If you have any questions, please feel free to contact me directly.

Sincerely,

*Levi K. Logan*

Levi K. Logan

cc:    William Parry, Jr. (via email)

Case: 24-3057     Document: 62     Page: 19     Date Filed: 04/28/2025



**LOGAN, METTLEY & NEWCOMER, PLC**

Levi K. Logan
5 Hot Metal Street, Suite 203
Pittsburgh, PA 15203
lkl@lmnlawgroup.com
(412) 417-5506

April 24, 2025

Joseph J. Pass
Jubelirer, Pass & Intrieri, P.C.
219 Fort Pitt Boulevard, 1st Floor
Pittsburgh, PA 15222-1576
Via email to: jjp@jpilaw.com

RE:     Employment Partners Benefits Fund (the "Fund") – Newspaper Guild of Pittsburgh/CWA
         Local 38061 (the "Union")

Dear Attorney Pass:

I wanted to confirm that the letter you sent to the Post-Gazette's attorneys is for the most part accurate. I can confirm that the Fund would accept the Union members and provide health insurance coverage for those members. Our understanding is that the Court Order addressing the Post-Gazette's provision of insurance coverage for the Union's members requires coverage to be provided at the same level as what was in place in 2017. When these members left the Fund, the Post-Gazette was the only employer in the plan provided by the Fund at that time. Consequently, the Fund terminated that specific plan. However, the Fund will create the same plan for these incoming Union members as was in place when they left the Fund. This plan will provide coverage which will be the same as what was in place in 2017.

The Post-Gazette will be obligated to pay the current rates for coverage set by the Fund's Trustees, just as any other contributing employer would. If the Post-Gazette refuses to pay current rates, as they have tried to avoid in the past, the Fund will not provide coverage to the Post-Gazette's Union employees. The Post-Gazette will need to enter into an agreement with the fund, just as all other contributing employers are required to, obligating the Post-Gazette to submit contributions to the Fund at the rates set by the Trustees for the level of coverage provided to the Post-Gazette's Union employees.

If you have any questions, please feel free to contact me directly.

Sincerely,

*Levi K. Logan*

Levi K. Logan

cc:     William Parry, Jr. (via email)



**LOGAN, METTLEY & NEWCOMER, PLC**

Levi K. Logan
5 Hot Metal Street, Suite 203
Pittsburgh, PA 15203
lkl@lmnlawgroup.com
(412) 417-5506

April 24, 2025

Joseph J. Pass
Jubelirer, Pass & Intrieri, P.C.
219 Fort Pitt Boulevard, 1ˢᵗ Floor
Pittsburgh, PA 15222-1576
Via email to: jjp@jpilaw.com

RE:    Employment Partners Benefits Fund (the "Fund") – Newspaper Guild of Pittsburgh/CWA
Local 38061 (the "Union")

Dear Attorney Pass:

I wanted to confirm that the letter you sent to the Post-Gazette's attorneys is for the most part accurate. I can confirm that the Fund would accept the Union members and provide health insurance coverage for those members. Our understanding is that the Court Order addressing the Post-Gazette's provision of insurance coverage for the Union's members requires coverage to be provided at the same level as what was in place in 2017. When these members left the Fund, the Post-Gazette was the only employer in the plan provided by the Fund at that time. Consequently, the Fund terminated that specific plan. However, the Fund will create the same plan for these incoming Union members as was in place when they left the Fund. This plan will provide coverage which will be the same as what was in place in 2017.

The Post-Gazette will be obligated to pay the current rates for coverage set by the Fund's Trustees, just as any other contributing employer would. If the Post-Gazette refuses to pay current rates, as they have tried to avoid in the past, the Fund will not provide coverage to the Post-Gazette's Union employees. The Post-Gazette will need to enter into an agreement with the fund, just as all other contributing employers are required to, obligating the Post-Gazette to submit contributions to the Fund at the rates set by the Trustees for the level of coverage provided to the Post-Gazette's Union employees.

If you have any questions, please feel free to contact me directly.

Sincerely,

*Levi K. Logan*

Levi K. Logan

cc:    William Parry, Jr. (via email)

**CERTIFICATE OF BAR MEMBERSHIP, COMPLIANCE WITH
TYPE VOLUME LIMITATION AND TYPEFACE REQUIREMENTS, AND
VIRUS CHECK**

I, Joseph J. Pass, counsel for Newspaper Guild of Pittsburgh/CWA Local 38061, certify, pursuant to Local Appellate Rule 28.3(d) that I am a member in good standing of the Bar of the Court of Appeals for the Third Circuit. I further certify pursuant to Fed. App. P. 32(g) that this document complies with the word limit of Fed. R. App. P. 27(d)(2) because the foregoing document contains 1,131 words (not counting portions excluded from the word count by Rule 32(f)), and this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the document is proportionately spaced and has a typeface of 14-point Times New Roman. I further certify that no virus was detected on this file.

Date: April 27, 2025                              */s/ Joseph J. Pass*
                                                  Joseph J. Pass, Esquire

**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
Case No. 24-2788 and 24-3057**

PG PUBLISHING CO., INC. d/b/a
PITTSBURGH POST-GAZETTE,

        Petitioner/Cross-Respondent,

  v.

NATIONAL LABOR RELATIONS
BOARD,

        Respondent/Cross-Petitioner,

  and

NEWSPAPER GUILD OF
PITTSBURGH/CWA LOCAL 38061,

        Intervenor.

**CERTIFICATE OF SERVICE**

I, Joseph J. Pass, counsel for Newspaper Guild of Pittsburgh/CWA Local 38061, certify that on April 27, 2025, I filed the foregoing Motion To Amend Intervenor's Response [ECF No. 61] to PG Publishing Company's Motion For Clarification Order Granting Injunctive Relief in Part via the Court's CM/ECF system, causing a Notice of Docket Activity and a copy of the filing to be served upon the following counsel of record who are registered CM/ECF users:

Ruth E. Burdick
David Seid

Milakshmi V. Rajapakse
Meredith Jason
National Labor Relations Board
1015 Half Street, SE
Washington, D.C. 20570
Ruth.burdick@nlrb.gov
David.seid@nlrb.gov
Milakshmi.rajapakse@nlrb.gov
Meredith.jason@nlrb.gov


Brian M. Hentosz
Morgan S. Dull
Littler Mendelson, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
bhentosz@littler.com
mdull@littler.com


Pursuant to Local R. App. P. 27.2, no paper copies of this motion will be

filed unless directed by the Clerk.

Date: April 27, 2025                                      */s/Joseph J. Pass*
                                                         Joseph J. Pass, Esquire