IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
Case No. 24-2788 and 24-3057

PG PUBLISHING CO., INC. d/b/a
PITTSBURGH POST-GAZETTE,

    Petitioner/Cross-Respondent,

v.

NATIONAL LABOR RELATIONS
BOARD,

    Respondent/Cross-Petitioner,

and

NEWSPAPER GUILD OF
PITTSBURGH/CWA LOCAL 38061,

    Intervenor.

## AMENDED ANSWER TO THE INTERVENOR'S PREVIOUS RESPONSE AT [ECF NO. 61] AT 24-2788

On March 27, 2025, PG Publishing filed a Motion for Clarification of this Court's Order granting injunctive relief. [ECF No. 59]

1. On April 4, 2025, the Intervenor, News Guild of Pittsburgh filed a response to PG Publishing Company motion contending that this Honorable Court's Order of March 24, 2025, was clear and unambiguous and it required the employer

1

to rescind the unilaterally implemented healthcare and restore the healthcare which was in effect prior to July 27, 2020. [ECF No. 61]

2. On April 7, 2025, PG Publishing Company filed its Brief in Support of its Motion for Clarification [ECF No. 66] at 24-2788 in which it averred for the first time that the health and welfare Fund that previously provided healthcare benefits for the Pittsburgh News Guild prior to July 27, 2020, would not or could not provide those benefits. As set forth in Motion filed on April 28, 2025, [ECF No. 67], PG Publishing's arguments are without foundation or truth. Based upon the information set forth in that Motion the News Guild of Pittsburgh files this amended Answer which also incorporates by reference the defenses set forth in its April 4, 2025, filing at [ECF No. 61]

3. In further response to the Post-Gazette's filing of April 7, 2025, [ECF No. 63] at 24-2788 the News Guild denies that the Employment Partners Benefit Fund is unable or unwilling to reinstate the benefits that existed on behalf of the News Guild prior to July 27, 2020. To the contrary as set forth in the Motion [ECF No. 67], the Employment Benefit Partners Fund confirmed that the Fund is willing and able to provide identical benefits that existed on behalf of the News Guild prior to July 27, 2020, and allow the Guild employees to return to the Fund.

4. As a result, the News Guild of Pittsburgh respectfully request this Court deny the Motion for Reconsideration and thereby requiring the Post-Gazette to

rescind its illegally implemented healthcare program of July 27, 2020, and restore the health benefits that existed prior to July 27, 2020, which are set forth in the 2014-2017 Collective Bargaining Agreement.

                                                Respectfully submitted,

                                                */s/Joseph J. Pass*
                                                Joseph J. Pass
                                                Jubelirer, Pass & Intrieri, P.C.
                                                219 Fort Pitt Boulevard
                                                Pittsburgh, PA 15222
                                                (412)281-3850
                                                jjp@jpilaw.com

                                                *Attorney for Intervenor*

Date: April 29, 2025

# CERTIFICATE OF BAR MEMBERSHIP, COMPLIANCE WITH TYPE VOLUME LIMITATION AND TYPEFACE REQUIREMENTS, AND VIRUS CHECK

I, Joseph J. Pass, counsel for Newspaper Guild of Pittsburgh/CWA Local 38061, certify, pursuant to Local Appellate Rule 28.3(d) that I am a member in good standing of the Bar of the Court of Appeals for the Third Circuit. I further certify pursuant to Fed. App. P. 32(g) that this document complies with the word limit of Fed. R. App. P. 27(d)(2) because the foregoing document contains 720 words (not counting portions excluded from the word count by Rule 32(f)), and this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the document is proportionately spaced and has a typeface of 14-point Times New Roman. I further certify that no virus was detected on this file.

Date: April 29, 2025　　　　　　　　　　　　*/s/ Joseph J. Pass*
　　　　　　　　　　　　　　　　　　　　Joseph J. Pass, Esquire

**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
Case No. 24-2788 and 24-3057**

PG PUBLISHING CO., INC. d/b/a
PITTSBURGH POST-GAZETTE,

   Petitioner/Cross-Respondent,

v.

NATIONAL LABOR RELATIONS
BOARD,

   Respondent/Cross-Petitioner,

and

NEWSPAPER GUILD OF
PITTSBURGH/CWA LOCAL 38061,

   Intervenor.

**CERTIFICATE OF SERVICE**

I, Joseph J. Pass, counsel for Newspaper Guild of Pittsburgh/CWA Local 38061, certify that on April 27, 2025, I filed the Amended Answer to the Intervenor's Previous Response At [ECF No. 61] At 24-2788 via the Court's CM/ECF system, causing a Notice of Docket Activity and a copy of the filing to be served upon the following counsel of record who are registered CM/ECF users:

Ruth E. Burdick
David Seid
Milakshmi V. Rajapakse
Meredith Jason

National Labor Relations Board
1015 Half Street, SE
Washington, D.C. 20570
Ruth.burdick@nlrb.gov
David.seid@nlrb.gov
Milakshmi.rajapakse@nlrb.gov
Meredith.jason@nlrb.gov


Brian M. Hentosz
Morgan S. Dull
Littler Mendelson, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
bhentosz@littler.com
mdull@littler.com

Maneesh Sharma, Esq.
Email: msharma@aflcio.org
AFL-CIO
815 16th Street NW
6th Floor
Washington, DC 20006


Pursuant to Local R. App. P. 27.2, no paper copies of this motion will be filed unless directed by the Clerk.

Date: April 29, 2025                                   */s/Joseph J. Pass*
                                                       Joseph J. Pass, Esquire