<u>2:30 P.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>MONDAY, JULY 07, 2025</u>

<u>Coram</u>: RESTREPO, BIBAS and CHUNG, Circuit Judges

<u>No. 24-1338</u>

MICHAEL A. RIVERA,
Appellant
v.
NEW CASTLE COUNTY, PD; et al.

| <u>Counsel for Appellant</u> | <u>Counsel for Appellees</u> |
|---|---|
| WILLIAM RIDER<br>[Law Student] | DANIEL A. GRIFFITH |
| WILL W. SACHSE<br>[Supervising Attorney] | |
| (15 minutes per Court) | (15 minutes per Court) |

---

<u>Nos. 24-2788/24-3057</u>

PG PUBLISHING CO INC,
d/b/a Pittsburgh Post-Gazette,
Petitioner in 24-2788
v.
NATIONAL LABOR RELATIONS BOARD

NEWSPAPER GUILD
OF PITTSBURGH/CWA LOCAL 38061,
Intervenor

———

NATIONAL LABOR RELATIONS BOARD,
Petitioner in 24-3057

NEWSPAPER GUILD
OF PITTSBURGH/CWA LOCAL 38061,
Intervenor
v.
PG PUBLISHING CO INC,
d/b/a Pittsburgh Post-Gazette

Continued…

Coram: RESTREPO, BIBAS and CHUNG, Circuit Judges

Nos. 24-2788/24-3057 (Continued)

| Counsel for Petitioners/<br>Cross – Respondents | Counsel for Respondents/<br>Cross – Petitioners |
|---|---|
| BRIAN M. HENTOSZ<br>[On the Merits]<br>(15 minutes per Court) | JOEL HELLER<br>[On the Merits – NLRB]<br>(12 minutes per Court) |
| | MANEESH SHARMA<br>[On the Merits – Newspaper Guild Pitts.]<br>(3 minutes per Court) |

_____

| | |
|---|---|
| JOEL HELLER<br>[Contempt Motion]<br>(10 minutes per Court) | BRIAN M. HENTOSZ<br>[Contempt Motion]<br>(12 minutes per Court) |
| MANEESH SHARMA<br>[Contempt Motion]<br>(2 minutes per Court) | |
| (27 minutes Total Court Time) | (27 minutes Total Court Time) |

S U B M I T T E D

No. 23-1659
Pursuant to 3rd Cir. LAR 34.1(a)

BAYMONT FRANCHISE
SYSTEMS INC, A Delaware Corporation
v.
THE BERNSTEIN COMANY LLC, A Louisiana
Limited Liability Company;
DAVID B. BERNSTEIN, An Individual

DAVID B. BERSTEIN, Third Party Plaintiff
v.
WYNDHAM HOTEL GROUP, LLC, a/k/a
Wyndham Hotels & Resorts, Inc., Third Party Defendant

The Bernstein Company, LLC.; David B, Bernstein,
Appellants

Coram: RESTREPO, BIBAS and CHUNG, Circuit Judges

S U B M I T T E D

No. 24-2544
Pursuant to 3rd Cir. LAR 34.1(a)

NINA JANKOWICZ,
Appellant
v.
FOX NEWS NETWORK, LLC;
FOX CORPORATION

_____

No. 24-2837
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
JEROME EDMOND,
Appellant

_____

No. 24-2839
Pursuant to 3rd Cir. LAR 34.1(a)

IN RE: NATIONAL FOOTBALL LEAGUE
PLAYERS CONCUSSION INJURY LITIGATION

Goldberg, Persky & White, P.C.,
Appellant

_____

No. 24-3104
Pursuant to 3rd Cir. LAR 34.1(a)

MARGARITA MARSHALL,
Appellant
v.
UNITED STATES POST OFFICE;
UNITED STATES POSTAL SERVICE
NATIONAL TORT CENTER;
UNITED STATES OF AMERICA