

**Littler Mendelson P.C.**
One PPG Place
Suite 2400
Pittsburgh, PA 15222


Brian M. Hentosz
Morgan S. Dull
412.201.7676 direct
412.201.7600 main
412.291.1241 fax
bhentosz@littler.com
mdull@littler.com

July 8, 2025

**VIA E-FILE**

Clerk of Courts for the U.S. Court of Appeals, Third Circuit
U.S. Court of Appeals, Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re:** *PG Publishing Co., Inc. d/b/a Pittsburgh Post-Gazette v. NLRB et al.*
**Case Nos. 24-2788 and 24-3057**

To the Court:

In response to the Court's request at oral argument on July 7, 2025, please accept this letter as the Post-Gazette's assent to mediation in the above-captioned matter. The Post-Gazette agrees with the Court that mediation is appropriate, and that, given the geographic proximity of the parties in the Western District of Pennsylvania and her ability to mediate free of charge, District Magistrate Judge Maureen P. Kelly is well-suited to mediate this dispute.

Sincerely,

*/s/Brian M. Hentosz*
Brian M. Hentosz

*/s/Morgan S. Dull*
Morgan S. Dull

4909-2709-3843.1 / 105601.1009

July 8, 2025
Page 2

cc –milakshmi.rajapakse@nlrb.gov; david.seid@nlrb.gov; joel.heller@nlrb.gov (Counsel for NLRB)

jsm@jpilaw.com; jjp@jpilaw.com; msharma@aflcio.org (Counsel for Intervenor)