


Joseph J. Pass
Edward H. Walter
James A. Welker
Joseph Santino Pass*
Steven E. Winslow
Patrick K. Lemon
J. Skye McCollum
Calder M. Buisch

*also licensed in Ohio

Ben Paul Jubelirer (1904–1983)
Frank P. G. Intrieri (1942–1976)

jjp@jpilaw.com

July 9, 2025

**VIA E-FILE**

Clerk of Courts for the U.S. Court of Appeals, Third Circuit
U.S. Court of Appeals, Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: PG Publishing Co., Inc d/b/a Pittsburgh Post-Gazette v. NLRB et al.
Case Nos.: 24-2788 and 24-3057

To the Court:

    In response to this Court's request the intervenor, New Guild of Pittsburgh, agrees to participate in mediation in the above-captioned case. As it is our understanding that the Third Circuit mediators have experience with cases involving the National Labor Relations Board, we therefore agree to participate in mediation with one of the Third Circuit mediators as opposed to Magistrate Judge Kelly. We are also requesting that the mediation proceed expeditiously and hopefully be fruitful.

Very truly yours,

Joseph J. Pass

JJP/ae

cc: Joel Heller
    Maneesh Sharma
    Brian M. Hentosz, Esquire
    Morgan S. Dull, Esquire


