

United States Government

**NATIONAL LABOR RELATIONS BOARD**

**OFFICE OF THE GENERAL COUNSEL**

Washington, DC 20570

July 10, 2025

Patricia S. Dodszuweit
Clerk, United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re:  *PG Publishing Co., Inc. d/b/a Pittsburgh Post-Gazette v. NLRB*,
     Case Nos. 24-2788/24-3057

Dear Ms. Dodszuweit,

    This letter responds to the Court's request for the parties' views on mediation.  The Board agrees to mediation and asks that it proceed consistently with the expedited treatment so far afforded this case.  If mediation is undertaken, the Board requests using the Third Circuit's Chief Circuit Mediator, who has experience mediating NLRB cases.

                                              Sincerely,

                                              s/Ruth E. Burdick
                                              Ruth E. Burdick
                                              Deputy Associate General Counsel
                                              National Labor Relations Board
                                              1015 Half Street SE
                                              Washington, DC 20570

cc: all counsel (via CM/ECF)