UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. **24-2788 & 24-3057**

PG PUBLISHING CO INC

v.

NATIONAL LABOR RELATIONS BOARD

**ORDER**

The above captioned cross-appeal is referred to the Circuit Mediator at the direction of the Court. Within 30 days from the date of this order counsel for appellant is directed to file a letter with the Court as to the status of the proceeding before the Circuit Mediator.

For the Court,

*Patricia A Dodszuweit*
Clerk

Dated: July 15, 2025
Sb/cc: All Counsel of Record