# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| PG PUBLISHING CO., INC.<br>d/b/a PITTSBURGH POST-GAZETTE<br><br>Petitioner/Cross-Respondent<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD<br><br>Respondent/Cross-Petitioner<br><br>and<br><br>NEWSPAPER GUILD OF PITTSBURGH/<br>CWA LOCAL 38061<br><br>Intervenor | Nos.  24-2788<br>        24-3057<br><br>Board Case Nos.<br>06-CA-248017<br>06-CA-263791<br>06-CA-269346 |

## MOTION OF THE NATIONAL LABOR RELATIONS BOARD
## TO WITHDRAW THE APPEARANCE OF DAVID A. SEID

To the Honorable, the Judges of the United States
  Court of Appeals for the Third Circuit:

The National Labor Relations Board ("the Board"), by its Deputy Associate General Counsel, respectfully submits this motion to withdraw the appearance of David A. Seid in this matter, and shows:

1. On November 20, 2024, counsel entered an appearance on behalf of the Board in this case.

2. On June 30, 2025, David A. Seid retired from the Federal service, making it necessary to withdraw his appearance.

3.　　The Board will continue to be represented in this case by Ruth E. Burdick, Milakshmi V. Rajapakse and Joel A. Heller.

WHEREFORE, the Board respectfully requests that the Court grant this motion and withdraw the appearance of David A. Seid as counsel in this matter.

                Respectfully submitted,

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC  20570
(202) 273-2960

Dated at Washington, DC
this 15th day of July 2025

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| PG PUBLISHING CO., INC. d/b/a PITTSBURGH POST-GAZETTE | ) ) ) | Nos.  24-2788          24-3057 |
| Petitioner/Cross-Respondent | ) ) | Board Case Nos. |
| v. | ) ) | 06-CA-248017 06-CA-263791 |
| NATIONAL LABOR RELATIONS BOARD | ) ) | 06-CA-269346 |
| Respondent/Cross-Petitioner | ) ) | |
| and | ) ) | |
| NEWSPAPER GUILD OF PITTSBURGH/ CWA LOCAL 38061 | ) ) ) | |
| Intervenor | ) | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2), the Board certifies that its motion contains 244 words of proportionally spaced, 14-point type, and the word-processing system used was Microsoft Word for Office 365.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC  20570
(202) 273-2960

Dated at Washington, DC
this 15th day of July 2025

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| PG PUBLISHING CO., INC. <br> d/b/a PITTSBURGH POST-GAZETTE | ) <br> ) <br> ) | Nos. 24-2788 <br>         24-3057 |
| Petitioner/Cross-Respondent | ) <br> ) | Board Case Nos. |
| v. | ) <br> ) | 06-CA-248017 <br> 06-CA-263791 |
| NATIONAL LABOR RELATIONS BOARD | ) <br> ) | 06-CA-269346 |
| Respondent/Cross-Petitioner | ) <br> ) | |
| and | ) <br> ) | |
| NEWSPAPER GUILD OF PITTSBURGH/ <br> CWA LOCAL 38061 | ) <br> ) <br> ) | |
| Intervenor | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system. I certify further that the foregoing document was served on all parties or their counsel of record through the appellate CM/ECF system.

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
NATIONAL LABOR RELATIONS BOARD
1015 Half Street, SE
Washington, DC  20570
(202) 273-2960

Dated at Washington, DC
this 15th day of July 2025