

Littler Mendelson P.C.
One PPG Place
Suite 2400
Pittsburgh, PA 15222

Brian M. Hentosz
Morgan S. Dull
412.201.7676 direct
412.201.7600 main
412.291.1241 fax
bhentosz@littler.com
mdull@littler.com

August 6, 2025

VIA E-FILE

Clerk of Courts for the U.S. Court of Appeals, Third Circuit
U.S. Court of Appeals, Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *PG Publishing Co., Inc. d/b/a Pittsburgh Post-Gazette v. NLRB et al.*
 Case Nos. 24-2788 and 24-3057

To the Court:

Pursuant to the Court's July 15, 2025 Order [ECF No. 101] Appellant PG Publishing Co., Inc. d/b/a Pittsburgh Post-Gazette advises the Court that the parties are scheduled for mediation with the Chief Circuit Mediator – Joseph A. Torregrossa on August 21, 2025 at 1:00 p.m. via teleconference

The undersigned will submit another notification after the mediation to inform the Court of the status of the mediation.

4909-2709-3843.2 / 105601.1009

Sincerely,

*/s/Brian M. Hentosz*
Brian M. Hentosz

*/s/Morgan S. Dull*
Morgan S. Dull

cc –milakshmi.rajapakse@nlrb.gov; david.seid@nlrb.gov; joel.heller@nlrb.gov (Counsel for NLRB)

jsm@jpilaw.com; jjp@jpilaw.com; msharma@aflcio.org (Counsel for Intervenor)