UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 24-2788 & 24-3057

PG PUBLISHING CO., INC,
Petitioner in No. 24-2788

v.

NATIONAL LABOR RELATIONS BOARD
Petitioner in No. 24-3057

NEWSPAPER GUILD OF PITTSBURGH/CWA LOCAL 38061,
Intervenor

(NLRB Nos. 06-CA-248017/263791/269346)

Present: RESTREPO, BIBAS, and CHUNG, *Circuit Judges*

1. Emergency Motion of the National Labor Relations Board for Adjudication in Civil Contempt and for Other Civil Relief;

2. Response by PG Publishing Co., Inc. in Opposition to the Motion for Civil Contempt;

3. Response by Intervenor to the Motion for Civil Contempt;

4. Reply by Intervenor to PG Publishing Co.'s Response to the Motion for Contempt Filed by the National Labor Relations Board;

5. Reply by the National Labor Relations Board to the Company's Opposition to the Board's Motion for Civil Contempt.

                                                                      Respectfully,
                                                                      Clerk/sb

_____ORDER_____

The foregoing Motion is DENIED without prejudice. We clarify that this Court's March 24, 2025 order, No. 24-2788, ECF No. 57, paragraph (c), requires that PG

Publishing revert health insurance coverage for unit employees to the coverage provided prior to the unilateral implementation of terms; specifically, reversion to health insurance coverage and pricing as set forth in Exhibit B to the *2014–2017 Agreement Between Pittsburgh Post-Gazette and the Newspaper Guild of Pittsburgh*, JA596–99.

                                          By the Court,

                                          s/ Cindy K. Chung
                                          Circuit Judge

Dated: November 10, 2025
Sb/cc:  All Counsel of Record