# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## BILL OF COSTS

C.A. No. 24-2788 and 24-3057

Caption: PG Publishing Co Inc v. NLRB

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | | |
| Brief | 8 | 56 | $0.10 | $4.00 | n/a | n/a | $76.80 | |
| Reply Brief | | | | | | | | |
| Appendix | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $76.80 | $ |

Brief Produced by Reproduction: ☐         Brief Produced by Photocopy: ☒
                                          In House: ☒
                                          Commercial: ☐

**Unless document was produced by in house photocopy, receipts must be attached.**

I, J. Skye McCollum, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

*[Signature]*                                             11-20-2025
Signature                                                 Date
Attorney for: Intervenor, Newspaper Guild of Pittsburgh

**A certificate of service must accompany this form.**

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Bill of Costs for the Intervenor, Newspaper Guild of Pittsburgh/CWA Local 38061, to be taxed against Petitioner/Cross-Respondent, PG Publishing Co., Inc., was filed with the Court's electronic filing system on November 20, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system as follows:

Ruth E. Burdick
David Seid
Milakshmi V. Rajapakse
Meredith Jason
Joel Heller
National Labor Relations Board
1015 Half Street, SE
Washington, D.C. 20570
Ruth.burdick@nlrb.gov
David.seid@nlrb.gov
Milakshmi.rajapakse@nlrb.gov
Meredith.jason@nlrb.gov
Jheller@nlrb.gov
*Counsel for Respondent/Cross-Petitioner*

Brian M. Hentosz
Morgan S. Dull
Littler Mendelson, P.C.
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222
bhentosz@littler.com
mdull@littler.com
*Counsel for Petitioner/Cross-Respondent*

*/s/ J. Skye McCollum*
*Counsel for Intervenor*
*Newspaper Guild of Pittsburgh*