

United States Government

**NATIONAL LABOR RELATIONS BOARD**

**OFFICE OF THE GENERAL COUNSEL**

Washington, DC 20570

January 9, 2026

Patricia S. Dodszuweit
Clerk, United States Court of Appeals
for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Re: *PG Publishing Co., Inc. d/b/a Pittsburgh Post-Gazette v. NLRB*, Case Nos. 24-2788/24-3057

Dear Ms. Dodszuweit,

     On January 7, the U.S. Supreme Court denied the Post-Gazette's Emergency Application for Stay of this Court's March 24, 2025 order in this case granting temporary injunctive relief pursuant to Section 10(e) of the National Labor Relations Act. In denying the stay application, the Supreme Court vacated the administrative stay of this Court's March 24, 2025 and November 10, 2025 orders that was the subject of the Post-Gazette's December 22 letter to this Court. A copy of the Supreme Court's order is attached.

                                          Very truly yours,

                                          s/Ruth E. Burdick
                                          Ruth E. Burdick
                                          Deputy Associate General Counsel
                                          National Labor Relations Board
                                          1015 Half Street SE
                                          Washington, DC 20570

cc: all counsel (via CM/ECF)

(ORDER LIST: 607 U.S.)

WEDNESDAY, JANUARY 7, 2026

### ORDER IN PENDING CASE

25A725    PG PUBLISHING CO., INC. V. NLRB, ET AL.

    The application for stay presented to Justice Alito and by him referred to the Court is denied. The order heretofore entered by Justice Alito is vacated.