UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 24-2788 and 24-3057

_____

PG PUBLISHING CO., INC,
d/b/a Pittsburgh Post-Gazette,
Petitioner in No. 24-2788

v.

NATIONAL LABOR RELATIONS BOARD

NEWSPAPER GUILD OF PITTSBURGH/CWA LOCAL 38061,
Intervenor

&

NATIONAL LABOR RELATIONS BOARD,
Petitioner in No. 24-3057

NEWSPAPER GUILD OF PITTSBURGH/CWA LOCAL 38061,
Intervenor

v.

PG PUBLISHING CO., INC,
d/b/a Pittsburgh Post-Gazette

_____

(NLRB Docket Nos. 06-CA-248017, 06-CA-263791, 06-CA-269346)

_____

SUR PETITION FOR REHEARING

_____

Present: CHAGARES, *Chief Judge*, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO,
BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES,
CHUNG, BOVE, and MASCOTT, *Circuit Judges*

The petition for rehearing filed by PG Publishing Co. Inc. (Petitioner in 24-2788, Respondent in 24-3057 in the above-entitled cases) having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing, and a majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,


s/ Cindy K. Chung
Circuit Judge

Date: January 14, 2026
Sb/cc:   All Counsel of Record