# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| **PG PUBLISHING CO., INC.** | ) | |
| **d/b/a PITTSBURGH POST-GAZETTE** | ) | **Nos. 24-2788,** |
| | ) | **24-3057** |
| **Petitioner/Cross-Respondent** | ) | |
| | ) | **Board Case Nos.** |
| **v.** | ) | **06-CA-248017** |
| | ) | **06-CA-263791** |
| **NATIONAL LABOR RELATIONS BOARD** | ) | **06-CA-269346** |
| | ) | |
| **Respondent/Cross-Petitioner** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **NEWSPAPER GUILD OF PITTSBURGH/** | ) | |
| **CWA LOCAL 38061** | ) | |
| | ) | |
| **Intervenor** | ) | |

## STATUS REPORT

Per the Court's order of February 9, 2026, the National Labor Relations
Board submits this status report concerning its renewed motion for a contempt
adjudication against PG Publishing Co., Inc. d/b/a Pittsburgh Post-Gazette, and the
status of employees' healthcare coverage. As of March 1, the Post-Gazette has
rescinded its unilateral changes to bargaining-unit employees' health-insurance
coverage and has reverted to the health-insurance coverage provided prior to those
unilateral changes, as required by the Court's March 24, 2025 injunction order and
reiterated in the Court's November 10, 2025 order.

In addition, the parties have agreed that the Post-Gazette will pay attorneys' fees that the Board and the Newspaper Guild of Pittsburgh/CWA Local 38061 incurred in connection with obtaining compliance with the Court's injunction. The parties also have reached agreement on the amount of fees, and that the Post-Gazette will pay those amounts by March 20. Upon receipt of those payments, the Board will move to withdraw its renewed motion for a contempt adjudication.

Respectfully submitted,

/s/ Joel A. Hellder
Joel A. Heller
Attorney
NATIONAL LABOR RELATIONS BOARD
1015 Half Street SE
Washington, DC 20570

Dated at Washington, DC
this 6th day of March 2026